AO 240 (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| ELLIS BELFER | ) | Case: 1:18-cv-00107 |
|---|---|---|
| *Plaintiff/Petitioner* | ) | Assigned To : Unassigned |
| v. | ) | Assign. Date : 1/17/2018 |
| JEFF TOSCANO ET. AL. | ) | Description: Pro Se Gen. Civil |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
NOT EMPLOYED.

My gross pay or wages are: $ _____0.00_____ , and my take-home pay or wages are: $ _____0.00_____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☑ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
$59,376.00 TELMARK GLOBAL SOLUTIONS, $4,062.00 NJ UNEMPLOYMENT INSURANCE, APPROX $15,000 401K/IRA DISTRUBTION. $207.00 NY STATE ELECTION MONITORING

**RECEIVED**

JAN - 9 2018

Clerk, U.S. District and
Bankruptcy Courts

AO 240  (Rev  07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____1,500.00_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
2017 KIA SPORTAGE - FINACINED VIA NAVY FEDERAL CREDIT UNION
LANDLOAD JEFF TOSCANO AND RUTIZQUE TOSCANO HAVE STOLEN MY PERSONAL PROPERTY OR HAVE IT ALL IN THERE POSSESION.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
I AM CURRENTLY HOMELESS.    LOAN PAYMENT $559.00 ON  AUTO LOAN CREDIT CARD DEBT PAYMENTS

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
MARRIED BUT SEPARTED -   MILO, SOPHIE AND ROSILIE.  WORKING CHILD SUPPORT PAYMENT WITH COLO COURTS.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
$31,000 NAVY FEDERAL CREDIT UNION,  APPROX $30,000 OF CREDIT CARD AND BANK DEBT  HOME MORTAGE IN DEFAULT $386,000 BEEN ME AND ANGIE BELFER

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____01/08/2018_____         _____
                                                                *Applicant's signature*

                                                                _____ELLIS BELFER_____
                                                                        *Printed name*