# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ELLIS S. BELFER
82 NASSAU ST, STE 102
NEW YORK, NY 10038

VS.

JEFF TOSCANO
793 PORT MONMOUTH, ROAD
PORT MONMOUTH, NJ 07758

RUTIZQUE TOSCANO
793 PORT MONMOUTH, ROAD
PORT MONMOUTH, NJ 07758

CRAIG WEBER
CHIEF OF POLICE
1 KINGS HIGHWAY
MIDDLETOWN, NJ 07748

JAMES E. BERUBE
MUNCIPIPAL COURT JUDGE
1 KINGS HWY
MIDDLETOWN, NJ 07748

CHRISTOPHER J. GRAMICCONI
MONMOUTH COUNTY PROSECUTOR
132 JERSEYVILLE, AVE
FREEHOLD, NJ 07728

MIDDLETOWN TOWNSHIP, NEW JERSEY
1 KINGS HWY
MIDDLETOWN, NJ 07748

Case: 1:18-cv-00107
Assigned To : Unassigned
Assign. Date : 1/17/2018
Description: Pro Se Gen. Civil

**RECEIVED**

JAN - 9 2018

Clerk, U.S. District and
Bankruptcy Courts



## MOTION FOR USING THE PLANTIFF ADDRESS AS A POSTAL OFFICE BOX

This is a Motion to use the ELLIS S. BELFER (PLANTIFF) address as United Parcel Service post office box as the PLANTIFF is currently homeless.

*[signature]*

ELLIS S. BELFER
82 NASSAU STREET, STE 102
NEW YORK, NY 10038